# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISRICT OF ALABAMA
# DECATUR DIVISION

IN RE:                          }
    ZACHARY SELF,         }        15-81916
    MARY SELF             }
        DEBTOR.           }

## **OBJECTION TO PROOF OF CLAIM AND NOTICE OF OPPORTUNITY FOR HEARING**

COMES NOW, DEBTOR ZACHARY SELF, in the above-styled case and files this their objection to claim number 7 filed by United Consumer Financial Services in the amount of $469.66 (19.60% annual interest rate). The grounds alleged for the Objection are that under the case of Till v. SCS Credit Corp, 124 S. Ct 1951 (2004), the Debtor is entitled to pay interest on the secured claim at he plan rate of interest, not the contract rate of interest.

Wherefore, the Debtor moves the Court to reduce the interest on the claim as filed by the claimant to the plan rate of interest of 5.25%.

NO HEARING WILL BE CONDUCTED ON THIS OBJECTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT AND A COPY SERVED ON THE PARTY FILING THIS OBJECTION AND THE CHAPTER 13 STANDING TRUSTEE WITHIN 30 DAYS FROM DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR A HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THE OBJECTION TO PROOF OF CLAIM AS TO INTEREST SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, IT WILL BE SET FOR A HEARING BEFORE THE JUDGE ON **Monday, October 5th , 2015 AT 9:30 A.M**. AT THE FEDERAL BUILDING LOCATED AT **400 WELLS STREET, CAIN STREET ENTRANCE, THIRD FLOOR COURTROOM DECATUR, ALABAMA.**

                        Respectfully submitted,

                        */s/ Joshua M. O'Neal*
                        JOSHUA M. O'NEAL
                        ATTORNEY FOR DEBTORS
                        P.O. BOX 187
                        CULLMAN, AL 35055
                        256-620-0007

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT WAS SERVED PURSUANT TO BANKRUPTCY RULES 9014 AND 7004 VIA REGULAR UNITED STATES MAIL, POSTAGE-PRE-PAID, UPON STANDING TRUSTEE MICHAEL FORD AND CLAIMANT UNITED CONSUMER FINANCIAL SERVICES BY AND THROUGH THEIR REPRESENTATIVES RITA TORRES AT BASS AND ASSOCIATES, AND ALL CREDITORS LISTED ON THE ATTACHED MAILING MATRIX.

DATE: 8/26/2015

United Consumer Financial Services
Bass and Associates, PC
ATTN: Rita Torres
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712

Michael Ford
Chapter 13 Trustee
Progress Bank Tower
255 Grant Street SE. 2nd Floor
Decatur, AL 35601

*/s/ Joshua M. O'Neal*
JOSHUA M. O'NEAL
ATTORNEY FOR DEBTORS
223 2nd Avenue SW
CULLMAN, AL 35055
256-620-0007

Case 15-81916-CRJ13    Doc 18    Filed 08/28/15    Entered 08/28/15 16:18:41    Desc Main
Document      Page 2 of 3